**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO APAEZ BARBA, | CASE NO. SA CV 10-00903 SVW (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| WARDEN McDONALD, | |
| Respondent. | |

This matter came before the Court on the Petition of ALBERTO APAEZ BARBA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: January 27, 2011

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE